IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



TRACY D. HAYNES, §
 §
 Petitioner, §
 §
VS. § NO. 4:07-CV-129-A
 §
NATHANIEL QUARTERMAN, DIRECTOR, §
TEXAS DEPARTMENT OF CRIMINAL §
JUSTICE, CORRECTIONAL §
INSTITUTIONS DIVISION, §
 §
 Respondent. §

ORDER

On January 23, 2008, United States Magistrate Judge Charles Bleil issued his findings, conclusions, and recommendation as to the Petition for a Writ of Habeas Corpus by a Person in State Custody filed by petitioner, Tracy D. Haynes, on February 26, 2007. Judge Bleil ordered on January 23, 2008, that each party to this action had until February 13, 2008, to serve and file written objections to his proposed findings, conclusions, and recommendation. Neither party has filed an objection or otherwise responded to the Magistrate Judge's findings,

conclusions, and recommendation. The court hereby adopts such findings, conclusions, and recommendation. Therefore,

The court ORDERS that all relief sought by the petition filed February 26, 2007, be, and is hereby, denied.

SIGNED April 1, 2008.

JOHN McBRYDE
United States District Judge